AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

United States District Court
Southern District of Texas
FILED

APR 0 1 2002

Michael N. Milby
Clerk of Court

District of _____

Carl Fink,
Individually And On Behalf Of All Others
Similarly Situated
V.
Daniels & Norelli, P.C.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **B-02- 051**

TO: (Name and address of Defendant)

Daniels & Norelli, P.C.
Attorneys At Law
265 Post Avenue, Suite 150
Westbury, New York 11590

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stephen Gardner
Law Office of Stephen Gardner, P.C.
1845 Woodall Rodgers Freeway, Suite 1750
Dallas, Texas 75201

John Ventura
Law Offices of John Ventura, P.C.
62 E. Price Rd.
Brownsville, Texas 78521

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Cl.

CLERK

(By) DEPUTY CLERK

DATE   March 19, 2002

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 3/29/02 |
| NAME OF SERVER (PRINT) 3/29/02 | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Daniels & Norelli, P.C. By Serving Three U.S. Certified Mail 7099-3220-0004 2240 0456  265 Post Avenue #150 Westbury, N.Y. 11590

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/29/02     _Signature of Server_
                Date
                            Eddie Gonzalez

_Address of Server_
Professional Civil Process
700 Paredes Ave., #208
Brownsville, Texas 78520
Tel. (956) 546-1313

SUBSCRIBED AND SWORN TO BEFORE ME
ON March 29, 2002, TO
CERTIFY WHICH WITNESS MY HAND AND
OFFICIAL SEAL
_____
NOTARY PUBLIC  STATE OF TEXAS

JUANITA G. SALDIVAR
MY COMMISSION EXPIRES
February 02, 2005

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

B-02-051

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Daniels & Norelli, P.C.
   Attorneys at Law
   265 Post Avenue, Ste 150
   Westbury, N.Y. 11590

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
   X _____   ☐ Agent   ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   7099 3220 0001 2240 0456

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Article Sent To: Daniels & Norelli, P.C.

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.40 |

Postmark: MAR 2002, BROWNSVILLE TX

Article Number: 7099 3220 0001 2240 0456

Name (Please Print Clearly) (To be completed by mailer)
DANIELS & NORELLI, P.C.
Street, Apt. No.; or PO Box No.
ATTORNEYS AT LAW
265 POST AVENUE SUITE 150
City, State, ZIP+4
WESTBURY, NEW YORK 11590

PS Form 3800, July 1999   See Reverse for Instructions