# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

### ORDER

United States District Court
Southern District of Texas
ENTERED

APR 2 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CARL FINK, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED § § § § | |
| VS. § § | CIVIL ACTION NO. B-02-051 |
| DANIELS & NORELLI, P.C. § § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

TYPE OF PROCEEDING:

HEARING ON DEFENDANT DANIELS & NORELLI, P.C.'S MOTION TO TRANSFER VENUE, AND SUBJECT THERETO, ORIGINAL ANSWER AND JURY DEMAND IN RESPONSE TO PLAINTIFF'S ORIGINAL COMPLAINT (DOCKET NO. 5)

PLACE:

UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

MAY 22, 2002 AT 2:00 P.M.

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    APRIL 24, 2002

TO:    MR. STEPHEN GARDNER
       MR. NORTON A. COLVIN, JR.