8

THE HONORABLE JOHN WM. BLACK

HEARING ON DEFENDANT DANIELS & NORELLI, P.C.'S MOTION TO TRANSFER VENUE, AND SUBJECT THERETO, ORIGINAL ANSWER AND JURY DEMAND IN RESPONSE TO PLAINTIFF'S ORIGINAL COMPLAINT

| | |
|---|---|
| CIVIL ACTION NO. B-02-051 | DATE & TIME: 05-22-02 AT 2:00 P.M. |
| CARL FINK, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | PLAINTIFF(S) COUNSEL: STEPHEN GARDNER |
| VS. | |
| DANIELS & NORELLI, P.C. | DEFENDANT(S) COUNSEL: NORTON A. COLVIN, JR. |

---

ERO: Gabriel Mendieta
CSO: Tony Yanez

Attorneys Stephen Gardner, John Ventura, Conrad Bodden and Norton Colvin appeared.

Plaintiffs report that Mr. Fink resides in Pharr, Texas.

Motion will be denied.

An agreed scheduling order will be filed.