IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CARL FINK, | * | |
| Individually and on Behalf of All Others | * | |
| Similarly Situated, | * | |
| Plaintiffs | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. B-02-051 |
| | * | |
| DANIELS & NORELLI, P.C., | * | |
| Defendants | * | |

## CERTIFICATE OF FINANCIALLY INTERESTED PERSONS

COMES NOW DANIELS & NORELLI, P.C., Defendant herein, and files this Certificate of Financially Interested Persons and states that, at this time, there are no persons, associates of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities which may be financially interested in the outcome of this litigation other than the parties named in this lawsuit.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Norton A. Colvin, Jr. w/ permission
Attorney in Charge                   MCB/tau
State Bar No. 04632100
Federal Admissions No. 1941
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
DANIELS & NORELLI, P.C.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant's Certificate of Financially Interested Persons was served upon all counsel of record, to-wit:

>Stephen Gardner
>Law Office of Stephen Gardner, P.C.
>1845 Woodall Rodgers Freeway, Suite 1750
>Dallas, Texas 75201
>Attorneys for Plaintiff
>
>John Ventura
>Law Offices of John Ventura, P.C.
>62 East Price Road
>Brownsville, Texas 78521
>Attorneys for Plaintiff

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 28th day of May, 2002.

_____
Norton A. Colvin, Jr.