United States District Court
Southern District of Texas
ENTERED

MAY 28 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CARL FINK, Individually and on Behalf of All Others Similarly Situated, Plaintiff, | |
| v. | CIVIL ACTION NO. B-02-051 |
| DANIELS & NORELLI, P.C., Defendant | |

### ORDER DENYING DEFENDANT'S MOTION TO TRANSFER VENUE

Upon review of Defendant's Motion to Transfer Venue and Plaintiff's Response, and after a hearing to consider the evidence, this Court is of the opinion that said Motion to Transfer Venue should be denied.

It is therefore ORDERED that Defendant Daniels & Norelli, P.C.'s Motion to Transfer Venue is hereby DENIED.

SIGNED this 24TH day of MAY, 2002 at Brownsville, Texas.

JOHN Wm. BLACK
UNITED STATES MAGISTRATE JUDGE