/3

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

United States District Court
Southern District of Texas
FILED

AUG 1 3 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CIVIL ACTION NO. B-02-051 | DATE & TIME: 08-13-02 AT 1:30 PM. |
| CARL FINK, ET AL. | PLAINTIFF(S) STEPHEN GARDNER<br>COUNSEL |
| VS. | |
| DANIELS & NORELLI, P.C. | DEFENDANT(S) NORTON COLVIN, JR.<br>COUNSEL |

-----------------------------------------------------------------------------------------------------------------

Attorneys Stephen Gardner, JohnVentura and Norton Colvin appeared in chambers.

Within ten days parties will submit an agreed order establishing a schedule for class certification hearing.