IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CARL FINK, Individually and on Behalf of All Others Similarly Situated, Plaintiffs | * * * * * |
| VS. | * * CIVIL ACTION NO. B-02-051 |
| DANIELS & NORELLI, P.C., Defendants | * * |

## BIFURCATED
## RULE 16, F.R.C.P. SCHEDULING ORDER

The following schedule will control the disposition of this case unless objection to the proposed schedule is filed with the Clerk of the court no later than 14 days following the date of this Order. A copy of any such objections must be sent to my Chambers. All prior discovery deadlines, if any, are superseded by this Order.

1.  3/30/03   **ALL DISCOVERY** on class certification must be completed by this date. No motion for extension of time will be granted unless there is a showing of express need and that good cause exists.

2.  3/1/03    **MOTIONS FOR EXTENSION OF TIME** to complete discovery on class certification must be filed by this date.

3.  11/30/02  **MOTION FOR CLASS CERTIFICATION** must be filed by this date.

4.  1/30/03   **DEFENDANT'S RESPONSE TO THE MOTION FOR CLASS CERTIFICATION** must be filed by this date.

5.  3/30/03   **PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO THE MOTION FOR CLASS CERTIFICATION** must be filed by this date.

6.  4/22/03   **HEARING ON MOTION FOR CLASS CERTIFICATION** will be held on this date at 1:30 p.m., 2nd Floor, Courtroom No. 2, U.S. Federal Building & Courthouse, 600 E. Harrison, Brownsville, Texas.

A new case management plan will be filed by the parties within 30 days of the ruling on the motion for class certification. A telephonic scheduling conference will be set after the management plan is filed.

The Clerk shall send a copy of this Order to the counsel of record for the parties.

DONE at Brownsville, Texas, on the 21st day of August, 2002.

                                                Hon. John William Black
                                                United States Magistrate Judge