IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 2 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CARL FINK | § | |
| Individually and on Behalf of All Others | § | |
| Similarly Situated, | § | |
| Plaintiffs | § | |
| | § | CIVIL ACTION NO. B-02-051 |
| VS. | § | |
| | § | |
| DANIELS & NORELLI, P.C. | § | JURY DEMANDED |
| Defendants | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Plaintiff, CARL FINK, and Defendant, DANIELS & NORELLI, P.C., for the purposes of notifying the Court of a Settlement reached by the parties.

The parties anticipate that the settlement will be fully documented and executed within the next thirty (30) days. Upon final settlement, it is anticipated that the parties will be filing a Joint Motion to Dismiss.

Respectfully Submitted,

Law Office of Stephen Gardner, PC

By: _____
John Ventura
Federal ID No. 1646
State Bar No. 20545700
Law Offices of John Ventura, PC
62 East Price Road
Brownsville, Texas 78521
Telephone: (956) 546-9398
Telecopier: (956) 542-1478

Stephen Gardner
Federal ID No. 16111
State Bar No. 07660600
1845 Woodall Rodgers Freeway, Ste. 1750
Dallas, Texas 75201
Telephone: (214) 954-0663
Telecopier: (214) 871-8957
Counsel for Plaintiff and the Class
Counsel for Plaintiff and the Class


Rodriguez, Colvin & Chaney, LLP

By: *Norton Colvin by Permission* /s/ *John Venton*
Norton A. Colvin, Jr.
1201 East Van Buren
Brownsville, Texas 78522
Telephone (956) 542-7441
Telecopier (956) 542-3651
Counsel for Defendant