LAW OFFICES OF
# STEPHEN GARDNER

MAIL /16

United States District Court
Southern District of Texas
RECEIVED

JAN 2 4 2003

Michael N. Milby, Clerk

January 22, 2003

United States District Court
Southern District of Texas
FILED

JAN 2 4 2003

Michael N. Milby
Clerk of Court

Mr. Michael N. Milby
United States District Clerk
United States Courthouse
600 East Harrison Street
Brownsville, TX 78520

   Re: Civil Action No. B-02-051
     Carl Fink, Individually and on Behalf of Others Similarly
     Situated v. Daniels & Norelli, P,.C.

Dear Mr. Milby:

  For purposes of scheduling and other matters, please be advised that I will be on family vacations from March 8-15 and June 14-28, 2003.

  Counsel for the parties have been served by copy of this letter.

  Thank you for your courtesies.

              Very truly yours,

              Stephen Gardner

SG/als
cc: Mr. Norton A. Colvin, Jr.
   Mr. John Ventura
   Mr. Conrad A. Bodden