IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CARL FINK, Individually and on Behalf of All Others Similarly Situated, Plaintiffs | * * * * * | |
| VS. | * * | CIVIL ACTION NO. B-02-051 |
| DANIELS & NORELLI, P.C., Defendants | * * | |

## JOINT MOTION FOR ENTRY OF FINAL JUDGMENT AND CONSENT DECREE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW PLAINTIFF CARL FINK and DEFENDANT DANIELS & NORELLI, P.C. and jointly move the Court to enter the attached Final Judgment and Consent Decree in this matter and show as follows:

1. This case was filed as both an individual action and as a class action for damages and injunctive relief for Defendant's alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA") and the Texas Debt Collection Practices Act, Texas Finance Code Chapter 392 ("Texas Act"),

2. The parties have settled their disputes on the following terms:

   a. Daniels & Norelli, P.C. agrees that the "broken promise" letter will not be used in the future in the State of Texas, nor will Daniels & Norelli, P.C. threaten wage garnishment in the future to debtors with Texas addresses;

   b. The total amount of Four Thousand Two Hundred and no/100 Dollars ($4,200.00) will be paid to the National Association of Consumer Advocates as a cy pres payment;

   c. The total amount of One Thousand and no/100 Dollars ($1,000.00) will be paid to Plaintiff Carl Fink as settlement of his individual claim for damages.

This agreement resolves the named Plaintiff's individual disputes and also appropriately resolves, in the opinion of Plaintiff's counsel, those disputes raised on behalf of the class.

3. Plaintiff has not moved for class certification and therefore this case has not yet been certified as a class action. Defendant opposes certification and would dispute the allegations in any certification motion.

4. The parties represent to the Court that the Settlement Agreement on the terms set out above (1) does not bind any absent member of the class, but nonetheless (2) provides benefits to absent class members in Texas in the form of changes to Defendant's future collections efforts; and (3) provides *cy pres* benefits to the class as a whole in the form of Defendant's payment of $4,200.00 to the National Association of Consumer Advocates.

5. In fact, the Agreement comprises more non-monetary relief than Plaintiff would have been able to obtain had this case been certified as a class action.

6. Counsel for Plaintiff have not been contacted by any absent class member. To the parties' knowledge, no absent class member has relied on the filing of this action as the basis for postponing any legal action of his or her own.

7. Therefore, entry of final judgment at this time, prior to a court determination on certification and without notice to the class, is appropriate.

### Prayer

THEREFORE, the parties respectfully pray that this Court enter the proposed Final Judgment and Consent Decree in this action.

Respectfully submitted,

LAW OFFICE OF STEPHEN GARDNER, PC

By: *Stephen Gardner By John Ventura w/ permission*
    Stephen Gardner
State Bar No. 07660600
Federal Admissions No. 16111
1845 Woodall Rogers Freeway, Suite 1750
Dallas, Texas 75201
Phone: (214) 954-0663
Fax: (214) 871-8957

LAW OFFICE OF JOHN VENTURA, P.C.

By: *John Ventura*
    John Ventura
State Bar No. 20545700
Federal Admissions No. 1646
    Conrad Bodden
State Bar No. 00796220
Federal Admissions No. 21003
62 East Price Road
Brownsville, Texas 78521
Phone: (956) 546-9398
Fax: (956) 542-1478

ATTORNEYS FOR PLAINTIFF, CARL FINK


RODRIGUEZ, COLVIN & CHANEY, L.L.P.


By: *Norton A. Colvin*
    Norton A. Colvin, Jr. *by permission M Chastain*
Attorney-in-Charge
State Bar No. 04632100
Federal Admissions No. 1941
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
DANIELS & NORELLI, P.C.