IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 3 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CARL FINK, Individually and on Behalf of All Others Similarly Situated,<br>Plaintiffs | * * * * * | |
| VS. | * | CIVIL ACTION NO. B-02-051 |
| DANIELS & NORELLI, P.C.,<br>Defendants | * * * | |

### FINAL JUDGMENT AND CONSENT DECREE

The Court has considered the parties' request for entry of judgment in this case.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. This Court has jurisdiction over the subject matter of this case and the parties.

2. The parties have resolved their disputes on the following terms:

   a. Daniels & Norelli, P.C. agrees that the "broken promise" letter will not be used in the future in the State of Texas, nor will Daniels & Norelli, P.C. threaten wage garnishment in the future to debtors with Texas addresses;

   b. The total amount of Four Thousand Two Hundred and no/100 Dollars ($4,200.00) will be paid to the National Association of Consumer Advocates as a cy pres payment;

   c. The total amount of One Thousand and no/100 Dollars ($1,000.00) will be paid to Plaintiff Carl Fink as settlement of his individual claim for damages; This Order hereby incorporates by reference the parties' Full and Final Release, Settlement and Indemnity Agreement, on file herein, and all terms used herein shall have the same meanings as in that Agreement.

3. The settlement set forth above is in all respects fair, reasonable, and adequate and Defendant is hereby directed to perform its terms.

4. The compromise of this case is approved pursuant to Federal Rule of Civil Procedure 23(e).

*FINAL JUDGMENT AND CONSENT DECREE*          *PAGE 1*

All other relief not granted is denied.

Signed J---- 30 , 2003.

~~JOHN WM. BLACK~~ ANDREW S. HANEN
UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE

APPROVED AS TO FORM AND CONTENTS:

Respectfully submitted,

LAW OFFICE OF STEPHEN GARDNER, PC

By: *Stephen Gardner with permission by John Ventura*
Stephen Gardner
State Bar No. 07660600
Federal Admissions No. 16111
1845 Woodall Rogers Freeway, Suite 1750
Dallas, Texas 75201
Phone: (214) 954-0663
Fax: (214) 871-8957

LAW OFFICE OF JOHN VENTURA, P.C.

By: *John Ventura*
John Ventura
State Bar No. 20545700
Federal Admissions No. 1646
    Conrad Bodden
State Bar No. 00796220
Federal Admissions No. 21003
62 East Price Road
Brownsville, Texas 78521
Phone: (956) 546-9398
Fax: (956) 542-1478

ATTORNEYS FOR PLAINTIFF, CARL FINK

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Norton A. Colvin, Jr. *by purmission M Crosstall*
Attorney-in-Charge
State Bar No. 04632100
Federal Admissions No. 1941
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
DANIELS & NORELLI, P.C.